IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **YAZMIN R. M.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:17-CV-2625-L** |
| | § | |
| **CAROLYN W. COLVIN,** Commissioner | § | |
| of Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 22, 2019, the magistrate judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") in this social security appeal, recommending that the court affirm the final decision of the Commissioner of Social Security ("Commissioner") in all respects and dismiss with prejudice this appeal. No objections to the Report were filed.

Having reviewed the pleadings, file, record, applicable law, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **affirms** the Commissioner's decision and **dismisses with prejudice** this appeal.

**It is so ordered** this 11th day of March, 2019.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**